IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:16-CV-00025-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ROUSECO, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the parties' Joint Request for Court-Supervised Mediation [DE-36]. Pursuant to Local Civil Rule 72.3(h)(2) and 101.2(a), this matter is hereby REFERRED to United States Magistrate Judge James E. Gates to conduct a court-hosted settlement conference. The conference shall take place at a date and time to be determined by Magistrate Judge Gates.

SO ORDERED.

This, the 2 3 day of February, 2017.

_____
JAMES C. FOX
Senior United States District Judge