UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| ROUSECO, INC. | ) | No. 4:16-CV-25-FL |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the plaintiff's motion for summary judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 30, 2018, and for the reasons set forth more specifically therein, that the plaintiff's motion for summary judgment is granted.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that defendant is liable for quarterly assessments, failure to report penalties, and late-payment interest in the amount of $5,869,436.46, which amount now is due and owing. This judgment shall bear interest at the rate prescribed by 28 U.S.C. § 1961 until paid in full.

**This Judgment Filed and Entered on March 30, 2018, and Copies To:**
Christopher M. Anderson, Jean-Michel Voltaire, Jeremy M. Wilson and Thomas S. Babel (via CM/ECF Notice of Electronic Filing)

March 30, 2018             PETER A. MOORE, JR., CLERK
                              /s/ Sandra K. Collins
                           (By) Sandra K. Collins, Deputy Clerk